```
JOHN C. RISEBOROUGH
PAINE, HAMBLEN, COFFIN,                The Honorable Lonny R. Suko
    BROOKE & MILLER LLP
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
(509) 455-6000
Attorney for Defendants

PATRICK J. CRONIN, WSBA #28254
WINSTON & CASHATT
601 W. Riverside, Suite 1900
Spokane, WA 99201
(509) 838-6131
Attorney at Plaintiff
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUSSELL GIBLER and SUNNY GIBLER, and the marital community comprised thereof,<br><br>    Plaintiffs,<br><br>vs.<br><br>JOE L. WILSON, MAX L. WILSON, individually and WILSON & WILSON d/b/a WILSON BANNER RANCH, a Washington partnership,<br><br>    Defendants. | No. CV-05-250-LRS<br><br>~~PROPOSED~~ ORDER OF DISMISSAL WITH PREJUDICE |

On hearing the Parties' Stipulated Motion for Dismissal With Prejudice and the Court being fully advised in the premises, it is

ORDERED that the above-entitled action in hereby dismissed with prejudice and without costs to any party.

ORDER OF DISMISSAL WITH
PREJUDICE - 1

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

1    DATED this 15th day of September    , 2006.

2

3                                          s/Lonny R. Suko
                                    _____
4                                    The Honorable Lonny R. Suko

5

6    Presented by:

7

8    PAINE, HAMBLEN, COFFIN,
           BROOKE & MILLER LLP
9

10   By: _____
        John C. Riseborough, WSBA #7740
11      717 West Sprague Avenue, Suite 1200
        Spokane, Washington 99201-3505
12      (509) 455-6000

13

14
     I:\Spodocs\00170\00194\plead\00431593.DOC.sen
15

16

17

18

19

20

21

22

23

24

25

26   ORDER OF DISMISSAL WITH                        *PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
     PREJUDICE - 2                                       717 WEST SPRAGUE AVENUE, SUITE 1200
27                                                  SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

28

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the  15  day of  September , 2006, I electronically filed the foregoing ORDER OF DISMISSAL WITH PEJUDICE with the Clerk of the court using the CM/ECF System which will send notification of such filing to the following:

Patrick J. Cronin           pjc@winstoncashatt.com

Michael Branstetter         branstetter83873@yahoo.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants.

*No manual recipients*

By: \s\John C. Riseborough
John C. Riseborough, WSBA#7740
Attorney for Defendants
Paine, Hamblen, Coffin, Brooke
 & Miller LLP
717 W. Sprague Ave., Suite 1200
Spokane, WA 99201-3505
509-455-6000
509-838-0007 (facsimile)
john.riseborough@painehamblen.com

ORDER OF DISMISSAL WITH
PREJUDICE - 3

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000